HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JULIE ALAMEDA, an individual, SHAUN ALAMEDA, an individual, and marital community,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>　　　　　　　　Defendant. | NO. 2:23-cv-01101-TL<br><br>STIPULATED MOTION FOR ORDER VACATING DEFAULT<br><br>NOTED ON MOTION CALENDAR: AUGUST 16, 2023 |

## I.　　STIPULATION

COME NOW Plaintiffs Julie Alameda and Shaun Alameda, and Defendant State Farm Fire and Casualty Company ("State Farm"), by their undersigned attorneys, and stipulate that the Order of Default entered against State Farm on July 12, 2023, in Snohomish County Superior Court shall be vacated and State Farm be permitted to file its answer and defend against the Complaint herein. State Farm will file its answer to the Complaint within five court days of entry of the Order Vacating Default.

REED McCLURE

Dated: August 16, 2023   By: *s/Suzanna Shaub*
Suzanna Shaub, WSBA #41018
Reed McClure
1215 Fourth Avenue, Suite 1700
Seattle WA 98161
sshaub@rmlaw.com
Attorney for Defendant State Farm Fire and Casualty Company

EMBER LAW PLLC

Dated: August 16, 2023   By: *s/Leah S. Snyder*
Leah S. Snyder, WSBA #44384
Ren Wilcox, WSBA #60133
1200 Fifth Avenue, Suite 1217
Seattle WA 98101
Leah@emberlaw.com
Ren@emberlaw.com
Attorneys for Plaintiff

## II.   ORDER VACATING DEFAULT

Based on the above Stipulation, IT IS HEREBY ORDERED that the Order of Default entered against State Farm on July 12, 2023, in Snohomish County Superior Court shall be vacated and State Farm be permitted to file its answer and defend against the Complaint herein. State Farm shall file its answer to the Complaint within five court days of entry of the Order Vacating Default.

Dated August 16, 2023.

*[signature]*

Tana Lin
United States District Judge