1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **JULIE ALAMEDA,** an individual, and **SHAUN ALAMEDA,** an individual and marital community,<br><br>  Plaintiffs,<br><br>vs.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY**, a foreign corporation,<br><br>  Defendant | CASE NO. 2:23-cv-01101-TL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER ON REMAND<br><br>**HEARING DATE: SEPTEMBER 26, 2023** |

## I.  STIPULATION

 COME NOW Plaintiffs Julie Alameda and Shaun Alameda, and Defendant State Farm Fire and Casualty Company ("State Farm"), by their undersigned attorneys, and stipulate that this matter should be remanded due to an expected lack of diversity jurisdiction. Plaintiff had a pending motion for consolidation in Snohomish County prior to removal to include additional in state defendants. Defendant has pled as an affirmative defense that in state persons and corporations may be at fault for the damages in this matter. Therefore, for the purpose of judicial efficiency,

STIPULATION AND ~~PROPOSED~~ ORDER ON REMAND
Pg. – 1

EMBER LAW *PLLC*
1200 Fifth Avenue, Suite 1217
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182

the parties stipulate that the case should be remanded to Snohomish County Superior Court for further proceedings.

Dated this 26th day of September, 2023

Reed McClure
S/Suzanna Shaub (with authorization)
Suzanna Shaub, WSBA #41018
1215 Fourth Avenue, Suite 1700
Seattle WA 98161
sshaub@rmlaw.com
Attorney for Defendant State Farm Fire and Casualty Company

Dated this 26th day of September, 2023

EMBER LAW PLLC
S/Leah S. Snyder
Leah S. Snyder, WSBA #44384
Ren Wilcox, WSBA #60133
1200 Fifth Avenue Suite 1217
Seattle, WA 98101
P. (206) 899-6816
F. (206) 858-8182
leah@emberlaw.com
ren@emberlaw.com
Attorneys for Plaintiffs

## II. ORDER ON REMAND

Based on the above Stipulation, IT IS HEREBY ORDERED that this case shall be remanded to Snohomish County Superior Court.

Dated this 26th day of September 2023.

Tana Lin
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER ON REMAND
Pg. – 2

EMBER LAW PLLC
1200 Fifth Avenue, Suite 1217
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182